**COZEN O'CONNOR**
Valerie D. Rojas  (SBN 180041)
*vrojas@cozen.com*
Angel Marti, III  (SBN 305300)
*amarti@cozen.com*
601 South Figueroa Street, Suite 3700
Los Angeles, California  90017
Telephone:  (213) 892-7900
Facsimile:  (213) 892-7999

Attorney for Defendant STATE FARM GENERAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATRINA POCOROBA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, an Illinois corporation; FPR, a California company of unknown formation; and DOES 1 through 20, inclusive;<br><br>Defendant. | Case No.  5:21-cv-00817-JFW-SP<br><br>[State Court Case No.: RIC2002332]<br><br>**NOTICE OF SETTLEMENT** |

TO THE COURT:

Plaintiff Katrina Pocoroba and Defendant State Farm General Insurance Company engaged in mediation with Mediator Phil Cook, and the parties reached a resolution.  The parties are currently finalizing the settlement documents and a stipulation for an order dismissing this action will be filed within thirty (30) days.

DATED:  December 17, 2021    COZEN O'CONNOR

By: */s/ Valerie D. Rojas*
Valerie D. Rojas
Angel Marti, III
Attorney for Defendant
STATE FARM GENERAL INSURANCE COMPANY

LEGAL\55576564\1

1